IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BURTON,

        Plaintiff,

  v.

CITY OF KANAB, UTAH, et al.,

        Defendants.
_____/

No. CV-08-4102 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the Court finds venue is not proper in this district, and hereby DISMISSES the complaint, without prejudice to plaintiff's refiling his claims in a proper forum.

Dated: October 3, 2008                              Richard W. Wieking, Clerk

                                                                          By: Tracy Lucero
                                                                            Deputy Clerk