IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BURTON,          No. C-08-4102 MMC

    Plaintiff,          **ORDER DENYING REQUEST FOR RECONSIDERATION**

  v.

CITY OF KANAB, UTAH, et al.,

    Defendants
_____/

The Court is in receipt of a letter dated November 26, 2008, and filed December 1, 2008, in which plaintiff requests the Court reconsider its order of November 13, 2008.

In its November 13, 2008 order, the Court denied plaintiff's request to reconsider the Court's dismissal of the above-titled action, and declined to answer three requests for advice concerning the effect of the dismissal on, respectively, plaintiff's ability to obtain answers to the complaint from defendants, the running of the period set forth in the statute of limitations, and the need for plaintiff to pay a filing fee in a proper venue.

Plaintiff's request for reconsideration of the November 13, 2008 order is hereby DENIED, for the reason plaintiff fails to identify any cognizable basis for reconsideration.

**IT IS SO ORDERED.**

Dated: December 3, 2008

                                                MAXINE M. CHESNEY
                                                United States District Judge